ON PETITION FOR REHEARING

UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 02-7256

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROOSEVELT CORNELL SANDERS,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Columbia. Matthew J. Perry, Jr., Senior District Judge. (CR-94-631, CA-02-993-0-10)

---

Submitted: February 11, 2003        Decided: March 21, 2003

---

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Roosevelt Cornell Sanders, Appellant Pro Se.  Marvin Jennings Caughman, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roosevelt Cornell Sanders appeals the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Sanders, Nos. CR-94-631; CA-02-993-0-10 (D.S.C. Aug. 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED